(No. 94–963—Submitted September 14, 1994—Decided October 5, 1994.)

*Katz, Greenberger & Norton, Richard L. Norton* and *Ellen Essig*, for appellant.

*Graydon, Head & Ritchey, Michael R. Barrett* and *Jean M. Geoppinger*, for appellee.

The judgment of the court of appeals is reversed on the authority of *Ault v. Jasko* (1994), 70 Ohio St.3d 114, 637 N.E.2d 870, and the cause is remanded to the trial court for application of *Ault*.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.

HARRIS, APPELLANT AND CROSS-APPELLEE, *v.* BABCOCK & WILCOX COMPANY ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as *Harris v. Babcock & Wilcox Co.* (1994), 70 Ohio St.3d 470.]

(No. 93–2137—Submitted September 14, 1994—Decided October 5, 1994.)

*Dennis R. Thompson*, for appellant and cross-appellee.

*Roetzel & Andress, Gary W. Spring* and *Jonathan D. Fishbane*, for appellees and cross-appellants.

The judgment of the court of appeals is reversed and the cause is remanded to the trial court for further proceedings consistent with *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.* (1994), 70 Ohio St.3d 281, 638 N.E.2d 991.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents.